FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORMA RODRIGUEZ SANTIAGO, a single woman, and JUANITA GONZALEZ SANCHEZ, a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>BEST HUMAN RESOURCE SOLUTIONS, INC. a Washington corporation, and OREGON POTATO COMPANY, a Washington corporation doing business as Washington Potato Company,<br><br>Defendants. | No. 2:19-cv-00093-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**: Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed stipulated protective order, **ECF No. 31**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

//

//

//

ORDER ADOPTING STIPULATED PROTECTIVE ORDER **-** 1

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of December 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER - 2