FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NORMA RODRIGUEZ SANTIAGO, a single woman, and JUANITA GONZALEZ SANCHEZ, a single woman,<br><br>Plaintiffs,<br><br>v.<br><br>BEST HUMAN RESOURCE SOLUTIONS, INC., a Washington corporation, and OREGON POTATO COMPANY, a Washington corporation doing business as Washington Potato Company,<br><br>Defendants. | No.  2:19-cv-00093-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 24, 2020, the parties filed a stipulated dismissal, ECF No. 37. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Order of Dismissal with Prejudice, **ECF No. 37**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE,** with all parties to bear their own costs and attorney fees.

ORDER DISMISSING CASE – 1

3.     All pending motions are **DENIED AS MOOT**.

4.     All hearings and other deadlines are **STRICKEN**.

5.     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 24th day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2